UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NOOREDDIN NAGHIBOLHOSSEINI,

                    Plaintiff,

       -against-                               19 **CIVIL** 5348 (MKV) (KNF)

                                               **JUDGMENT**

ROBERT HARALICK, LUIS PETINGI,
 AMOTZ BAR-NOY, and GRADUATE CENTER
AT THE CITY UNIVERSITY OF NEW YORK,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2020, The Court, having carefully reviewed the Report and Recommendation and underlying record, agrees with Magistrate Judge Fox's recommendation that dismissal of this case is warranted. For the reasons discussed in the Opinion and Order, it is HEREBY ORDERED that the Court ADOPTS IN PART AND MODIFIES IN PART the Report and Recommendation and GRANTS Defendants' motion to dismiss; accordingly, this case is closed.

**Dated:**  New York, New York
          September 24, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                             **Clerk of Court**
                                                    **BY:** _____
                                                               **Deputy Clerk**